UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:14-cr-00010-BLW |
| Plaintiff, | SECOND PROTECTIVE ORDER |
| vs. | |
| BALDEMAR ELIDA SANCHEZ, a/k/a VALDEMAR SANCHEZ, | |
| Defendant. | |

Based upon the Second Stipulation for Protective order (ECF No. 21) filed by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation (ECF No. 21) is GRANTED and discovery shall be limited, pursuant to Fed. R. Crim. P. 16(d), as follows:

1. The Government will provide the audio recording identified by bates # 048, to the Defendant's attorney, Thomas Monaghan. Defense Counsel is prohibited from copying and/or disseminating the audio recording #048 to any person or entity, other than Defense Counsels' employees, investigators, or agents. Defense Counsels' employees, investigators, or agents, shall also not provide the audio recording #048 or any copies thereof to any other persons.

2. The Defendant may view the recording identified by bates #048, while in Defense Counsel's possession. However, the recording will remain in Defense Counsel's possession and a copy will not be provided to the Defendant or other persons, except as provided herein. The Defendant shall not maintain possession of the audio recording.

3. This Order does not prevent defense counsel from filing a motion to readdress this issue in the future if defense counsel believes it necessary to provide the audio recording to the Defendant or others.

DATED: August 4, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court